**SHANNON G. SPLAINE, ESQ.**
Nevada Bar No. 8241
**ROBERT N. EATON, ESQ.**
Nevada Bar No. 9547
**LINCOLN, GUSTAFSON & CERCOS, LLP**
*ATTORNEYS AT LAW*
7670 West Lake Mead Boulevard, Suite 200
Las Vegas, Nevada 89128
Telephone: (702) 257-1997
Facsimile: (702) 257-2203
ssplaine@lgclawoffice.com
reaton@lgclawoffice.com
*Attorneys for Defendant,*
*Amica Mutual Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NANETTE ROBINSON, an individual, | CASE NO: 2:24-cv-00099-CDS-EJY |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| AMICA MUTUAL INSURANCE COMPANY, DOE INDIVIDUALS I-X, and ROE CORPORATIONS I-X, inclusive | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff, NANETTE ROBINSON (hereinafter "PLAINTIFF") by and through her attorneys of record, PAUL D. POWELL, ESQ., and TRAYSEN N. TURNER, ESQ., of the law firm THE POWELL LAW FIRM, and Defendant AMICA MUTUAL INSURANCE COMPANY, by and through its attorneys of record, SHANNON G. SPLAINE, ESQ. and ROBERT N. EATON, ESQ., of the law firm LINCOLN, GUSTAFSON & CERCOS, LLP, that the Complaint and all allegations/causes of action filed by Plaintiff, and any amendments thereto, are hereby dismissed, with prejudice. Each party to bear their own fees and costs.

///

///

///

///

1  The Discovery Deadlines set forth in the Amended Joint Discovery Plan and Scheduling Order,
2  and any trial-related activity, as well as any status checks, shall be vacated as this matter is resolved.

DATED this 15th day of April, 2024.    DATED this 15th day of April, 2024.

THE POWELL LAW FIRM                    LINCOLN, GUSTAFSON & CERCOS, LLP

/s/ Paul D. Powell                     /s/ Shannon N. Eaton

PAUL D. POWELL, ESQ.                   SHANNON G. SPLAINE, ESQ.
Nevada Bar No. 7488                    Nevada Bar No. 8241
TRAYSEN N. TURNER, ESQ.                ROBERT N. EATON, ESQ.
Nevada Bar No. 16017                   Nevada Bar No. 9547
8918 Spanish Ridge Avenue, Suite 100   7670 W. Lake Mead Blvd., Suite 200
Las Vegas, Nevada 89148                Las Vegas, NV 89128
*Attorneys for Plaintiff*              *Attorneys for Defendant, Amica Mutual Insurance Company*

## ORDER

IT IS HEREBY ORDERED that Plaintiff's Complaint filed in Case No. A-23-883747-C, removed to United States District Court Case No. 2:24-cv-00099-CDS-EJY and any amendments thereto, are hereby dismissed, with prejudice, each party to bear their own attorney's fees and costs.

~~DATED this 15th day of April, 2024.~~

Dated: April 18, 2024

_____
UNITED STATES ~~MAGISTRATE~~ DISTRICT JUDGE

Submitted by:

LINCOLN, GUSTAFSON & CERCOS, LLP

/s/ Shannon N. Eaton

SHANNON G. SPLAINE, ESQ.
Nevada Bar No. 8241
ROBERT N. EATON, ESQ.
Nevada Bar No. 9547
7670 W. Lake Mead Blvd., Suite 200
Las Vegas, NV 89128
*Attorneys for Defendant, Amica Mutual Insurance Company*